UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY NORTH, | : | CASE NO. 3:24-CV-137 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| VILLAGE OF WEST MILTON, et al. | : | **DISMISSAL ENTRY WITH PREJUDICE** |
| Defendants. | : | |
| | : | |

The court having been advised that all claims brought by the plaintiff against Michael Brewer and Ashlie Brewer have been fully settled, compromised and paid, hereby dismisses these claims with prejudice to their refiling. The other claims brought by the plaintiff against the other defendants are not part of this settlement and are therefore not being dismissed.

SO ORDERED.

*s/ Thomas M. Rose*

**JUDGE THOMAS M. ROSE**

/s/ Anthony F. Comunale
Anthony F. Comunale, Esq. (0062449)
Jason P. Nye, Esq. (0098615)
130 W. Second Street, Suite 1444
Dayton, OH 45402-1504
(937) 227-3310 Tel.
(937) 227-3474 Fax
tc@comunalelaw.com
jason.nye@jpnyelaw.com
*Attorneys for Plaintiff*

/s/ Paul B. Roderer, Jr.
Paul B. Roderer, Jr., Esq. (0063936)
Roderer Law Office, LLC
4 E. Schantz Avenue
Dayton, OH 45409
(937) 293-9189
(937) 293-9372 Fax
rodererlaw@aol.com
*Attorney for Defendant,
Ashlie Brewer*

/s/ John M. Williams
John M. Williams, Esq. (0064175)
Law Office of John Mark Williams
5128 Montgomery Rd.
Cincinnati, OH 45212
(513) 791-7919 Tel.
(866) 792-2175 Fax
jmwilliams@jmwilliamslaw.com
*Attorney for Michael Brewer*